UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LENA PETERS,<br>Plaintiff,<br>vs.<br>USAA GEN. INDEM. CO.,<br>Defendant. | 4:24-CV-04147-RAL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES<br>DOCKET NO. 74 |

Previously, this court decided plaintiff's motion to compel defendant to provide certain discovery. See Docket No. 73 (granting in part and denying in part Docket No. 23). Thereafter, plaintiff moved this court for an award of attorney's fees as sanctions for having to bring the motion to compel. Docket No. 74. Defendant had 14 days to object to this court's order granting in part and denying in part the motion to compel. The time for filing objections has passed and defendant filed no objections. Additionally, defendant has not objected to plaintiff's motion for fees.

The court has reviewed plaintiff's motion and the supporting documents and applied the lodestar method of determining the reasonableness of the request (hours reasonably expended multiplied by the reasonable hourly rates). Finley v. Hartford Life & Accident Ins. Co., 249 F.R.D. 329, 332-33 (N.D. Cal. Feb. 22, 2008); Tequila Centinela, S.A. de C.V. v. Bacardi & Co., Ltd., 248

F.R.D. 64, 68 (D.D.C. 2008); Creative Resources Group of New Jersey, Inc. v. Creative Resources Group, Inc., 212 F.R.D. 94, 103 (E.D.N.Y. 2002); Kayhill v. Unified Gov't. of Wyandotte County, 197 F.R.D. 454, 459 (D.Kan. 2000); and Trbovich v. Ritz-Carlton Hotel Co., 166 F.R.D. 30, 32 (E.D. Mo. 1996). The burden is on the moving party to prove that the request for attorneys' fees is reasonable. Tequila Centinela, S.A. de C.V., 248 F.R.D. at 68; Creative Resources Group, Inc., 212 F.R.D. at 103; Kayhill, 197 F.R.D. at 459.

Plaintiff's hourly rates are reasonable, as are the hours. The court notes that plaintiff voluntarily reduced the hours requested in view of the fact that plaintiff was not wholly successful on her motion to compel. See Docket No. 75 at 1. The court finds the fees requested of $6,484.57 to be reasonable. Accordingly, it is hereby

ORDERED that plaintiff's motion for attorney's fees [Docket No. 74] is granted. Defendant shall pay within 30 days to plaintiff's attorneys the sum of $6,484.57 (consisting of $6,106.00 in attorney's fees and $378.57 in South Dakota sales tax).

**NOTICE OF RIGHT TO APPEAL**

Pursuant to 28 U.S.C. § 636(b)(1)(A), any party may seek reconsideration of this order before the district court upon a showing that the order is clearly erroneous or contrary to law. The parties have fourteen (14) days after service of this order to file written objections unless an extension of time for good cause is obtained. FED. R. CIV. P. 6(b)(1), 72(a). Failure to file timely objections

will result in the waiver of the right to appeal this ruling. United States v. Becerra, 73 F.4th 966, 972–73 (8th Cir. 2023). Objections must be timely and specific in order to require review by the district court. Thompson v. Nix, 897 F.2d 356, 357–58 (8th Cir. 1990).

DATED this 13th day of November, 2026.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge